U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VINCENT MICHAEL | 12-865 RMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DEPARTMENT OF JUSTICE, ET AL | SC |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | EXECUTIVE OFFICE OF US ATTORNEYS |
| | ADDRESS *(Street or RFD, Apartment No , City, State and ZIP Code)* |
| | 600 E STREET, NW, WAHSINGTON, DC 20530 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

## RECEIVED

### JAN - 3 2013

**Clerk, U.S. District and Bankruptcy Courts**

Fold

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 16 | No. 16 | | 12/19/2012 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc , at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Jim K Law , Legal Adm. Specialist | |

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | 1/3/13 | 11:45 | |

Signature of U S Marshal or Deputy
Michael D Regal 30168

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55 | | | 55 | | $0.00 |

REMARKS.
1 DUSM @ $55 per hr, walking distance

PRINT 5 COPIES.
1. CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT*. To be returned to the U.S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>VINCENT MICHAEL | COURT CASE NUMBER<br>12-865 RMC |
|---|---|
| DEFENDANT<br>DEPARTMENT OF JUSTICE, ET AL | TYPE OF PROCESS<br>SC |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>US ATTORNEY GENERAL'S OFFICE |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>950 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20530 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

Fold

# RECEIVED
## JAN - 3 2013
### Clerk, U.S. District and Bankruptcy Courts

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 16 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/19/2012 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*)<br>DAVID BURROUGHS     SUPERVISOR | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date<br>1/2/13 | Time<br>9:40 ☑ am ☐ pm |
| | Signature of US Marshal or Deputy<br>Michael S Regan   30168 |

| Service Fee<br>$55 | Total Mileage Charges including *endeavors*<br>— | Forwarding Fee | Total Charges<br>$55 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS

I OUSM @ 55 for hr, walking distance

PRINT 5 COPIES:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U S Marshal.
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>VINCENT MICHAEL | COURT CASE NUMBER<br>12-865 RMC |
|---|---|
| DEFENDANT<br>DEPARTMENT OF JUSTICE, ET AL | TYPE OF PROCESS<br>SC |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>DEPARTMENT OF JUSTICE |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>950 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20530 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

**RECEIVED**

JAN - 3 2013

**Clerk, U.S. District and Bankruptcy Courts**

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 16 | District to Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/19/2012 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*.

| Name and title of individual served *(if not shown above)*<br>DAVID BVRROVGHS SUPERVISOR | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date<br>1/2/13 | Time<br>9:40 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>Michael J Regul 30168 | |

| Service Fee<br>$55~ | Total Mileage Charges including *endeavors*)<br>— | Forwarding Fee<br>— | Total Charges<br>$55~ | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS 1 DUSM @ $55 per hr, walking distance

PRINT 5 COPIES: 1. CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/80

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>VINCENT MICHAEL | COURT CASE NUMBER<br>12-865 RMC |
|---|---|
| DEFENDANT<br>DEPARTMENT OF JUSTICE, ET AL | TYPE OF PROCESS<br>SC |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>CRIMINAL DIVISION<br>ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>#1127 KEENEY BUILDING, DEPARTMENT OF JUSTICE, WASHINGTON, DC 20530 |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be<br>served with this Form 285 |
| | Number of parties to be<br>served in this case |
| | Check for service<br>on U S A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

**RECEIVED**

**JAN - 3 2013**

**Clerk, U.S. District and
Bankruptcy Courts**

Fold

| Signature of Attorney other Originator requesting service on behalf of. | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>*(Sign only for USM 285 if more<br>than one USM 285 is submitted)* | Total Process | District of<br>Origin<br>No 16 | District to<br>Serve<br>No. 16 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/19/2012 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc , at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>DAVID BURROUGHS SUPERVISOR | ☐ A person of suitable age and discretion<br>then residing in defendant's usual place<br>of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>1/2/13 | Time<br>9:40 | ☑ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy<br>Michael S Segal 30168 | | |

| Service Fee<br>$55- | Total Mileage Charges<br>including *endeavors*) | Forwarding Fee<br>— | Total Charges<br>$55- | Advance Deposits | Amount owed to U S Marshal* or<br>(Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 1 DUSM @ $55 per hr, walking distance

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*· To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U S Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U. S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VINCENT MICHAEL | 12-865 RMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DEPARTMENT OF JUSTICE, ET AL | SC |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** FEDERAL BUREAU OF INVESTIGATION

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

DOJ- 935 PENNSYLVANIA AVE., NW, WASHINGTON, DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

**RECEIVED**

**JAN - 3 2013**

**Clerk, U.S. District and Bankruptcy Courts**

Fold

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 12/19/2012 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Elizabeth J. Ritter Assistant Gen. Counsel

| Address *(complete only different than shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| | Date 1/2/13 | Time 10:17 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy Michael S Regan 30168 | |

| Service Fee $55.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges $55— | Advance Deposits | Amount owed to U. S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 1 DUSM @ $55 per hr, walking distance

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3 NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/80

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VINCENT MICHAEL | 12-865 RMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DEPARTMENT OF JUSTICE, ET AL | SC |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

OFFICE OF ENFORCEMENT OPERATIONS (OEO)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

POB 7600, WASHINGTON, DC 20044    1301  New York Ave, Nw

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | Number of process to be served with this Form 285 | |
|---|---|---|
| **RECEIVED** JAN - 3 2013 Clerk, U.S. District and Bankruptcy Courts | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

2012 DEC 20 RECEIVED

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 12/19/2012 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) Anna Azny   Admin Officer | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|

| Address (complete only different than shown above) | Date 1/3/3 | Time 14:45 ☐ am ☐ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy     3009 | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* on (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the US Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal

PRIOR EDITIONS MAY BE USED

Form USM-28